# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                       dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                       ltrust@osbornlawpc.com

September 18, 2025

> APPLICATION GRANTED.  The Court understands that the proposed revised schedule is the result of the parties' "good faith effort to agree on a reasonable and comprehensive schedule for all future filings in the case," as contemplated by the Local Social Security Rule 4.1.  The parties are reminded that, in accordance with the Local Social Security Rule 4.1, no further extensions will be granted absent compelling circumstances.  The Court hereby adopts the revised briefing schedule set forth herein.
>
> Dated:  September 18, 2025
>
> SO ORDERED.
>
> */s/ Andrew E. Krause*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

**VIA ECF**

Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

        Re:    *Desmore v. Commissioner of Social Security*
                      <u>Civil Action No. 7:25-cv-05321-KMK-AEK</u>

Dear Judge Krause,

      We write on behalf of our client, Andria Lenee Desmore, with the consent of the defense, to request a 75-day extension of time to file her motion for judgment on the pleadings which is currently due on September 26, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension.  The Plaintiff requests this extension due to a heavy caseload and religious holidays in the following weeks.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **December 10, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 23, 2026**; and

- Plaintiff to file her reply, if any, on or before:  **March 9, 2026.**

Honorable Andrew E. Krause
September 18, 2025
Page Two

      Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            s/Daniel A. Osborn
                                            Daniel A. Osborn
                                            OSBORN LAW, P.C.
                                            43 West 43rd Street, Suite 131
                                            New York, New York 10036
                                            Telephone:     212-725-9800
                                            Facsimile:       212-500-5115
                                            dosborn@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)