UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.L.D.,

                            Plaintiff,                    **ORDER**

           -against-                      25 Civ. 5321 (KMK) (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As stated in the Order issued on October 16, 2025, the Court issued a Standing Order staying certain deadlines in civil cases where the Government is a party.  *See* ECF No. 10.

      Notwithstanding this Standing Order, Plaintiff's brief must still be filed by the current deadline of **December 10, 2025**.  The tolling provisions set forth in the Standing Order apply to all other deadlines.

Dated:  October 17, 2025
          White Plains, New York

                                                          **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge