UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.L.D.,

                      Plaintiff,                    **ORDER**

      -against-                    25 Civ. 5321 (KMK) (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Now that the government shutdown has concluded, the Clerk of Court is hereby directed to lift the stay in this matter. In accordance with the Standing Order that was docketed in this case on October 16, 2025, *see* ECF No. 10, the schedule extension order issued on September 18, 2025, *see* ECF Nos. 8-9, and the further scheduling order issued on October 17, 2025, *see* ECF No. 11, the schedule for the parties' remaining submissions is as follows:

    (1)    Plaintiff's brief must be filed by **December 10, 2025**;

    (2)    The Commissioner's brief must be filed by **April 7, 2026**.

    (3)    Plaintiff's reply, if any, must be filed by **April 21, 2026**.

Dated:  November 17, 2025
          White Plains, New York

                                          **SO ORDERED.**

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge