**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ANDRIA LENEE DESMORE

                    Plaintiff,           25 **CIVIL** 5321 (KMK)(AEK)

   -v-                          <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 13, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

      March 13, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

               **BY:**        K. mango

                                    _____
                                    **Deputy Clerk**